## STATE OF CONNECTICUT *v.* JASON M. COSTA
### (AC 20801)

Dranginis, Flynn and McDonald, Js.

Argued May 7—officially released May 28, 2002

Per Curiam. The judgment is affirmed.